D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616

gill@sperleinlaw.com

Attorney for plaintiff
IO GROUP, INC.

GRANTED
*/s/ MEJ/*
Judge Maria-Elena James

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>   Plaintiff,<br><br>         vs.<br><br>DOES 1-9, individuals,<br><br>   Defendants.<br>_____ | CASE NO.: C-10-4379 (MEJ)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**FRCP 41(a)** |

NOTICE IS HEREBY GIVEN THAT PURSUANT TO Fed. R.Civ. Pro. 41(a), Plaintiff voluntarily dismisses Doe Defendants 6 and 8 from the above-captioned action **with prejudice**.

Plaintiff voluntarily dismisses Doe Defendants 1-5, 7, and 9 from the above-captioned action **without prejudice**.

Dated: *April 14, 2011*                    Respectfully submitted,

                                           */s/ D. Gill Sperlein*
                                           _____
                                           D. GILL SPERLEIN
                                           Attorney for Plaintiff IO GROUP, INC.